IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNIFER COUCH, #228987, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-CV-859-MHT |
| | ) [WO] |
| | ) |
| OFFICER FITZPATRICK, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before March 19, 2009 defendant Yolanda Walker shall show cause why she has failed to file an answer and special report in compliance with the orders of this court.

The Clerk is DIRECTED to provide General Counsel for the Alabama Department of Corrections with a copy of order.

Done this 4th day of March, 2009.

/s/   Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE