IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNIFER COUCH, #228987, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:08-CV-859-MHT |
| | )                           [WO] |
| | ) |
| OFFICER FITZPATRICK, et al., | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Upon review of the file in this case, and as service has been perfected on defendant Yolanda Walker, a correctional officer at the Bullock County Correctional Facility at the time of initiation of this case, it is

ORDERED that on or before May 4, 2009 General Counsel for the Alabama Department of Corrections shall show cause why defendant Walker has failed to file an answer and special report in compliance with the orders of this court.  Counsel is cautioned that if no response is filed in compliance with the directives of this order appropriate action will be taken against defendant Walker in both her official and individual capacities.

The Clerk is DIRECTED to provide General Counsel for the Alabama Department of Corrections with a copy of order.

Done this 23rd day of April, 2009.


                                            /s/    Terry F. Moorer
                                            TERRY F. MOORER
                                            UNITED STATES MAGISTRATE JUDGE