IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHNNIFER COUCH, #228987,       )
                                )
        Plaintiff,              )
                                )
v.                              )       CIVIL ACTION NO. 2:08-CV-859-MHT
                                )                    [WO]
                                )
OFFICER FITZPATRICK, et al.,    )
                                )
        Defendants.             )

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before July 15, 2009 General Counsel for the Alabama Department

of Corrections shall show cause why he has failed to file a response in compliance with the

directives of the order entered on April 23, 2009 (Court Doc. No. 32).

Done this 30th day of June, 2009.



/s/    Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE