# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **JOHNNIFER COUCH, #228987,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.  ) | **2:08-CV-859-MHT** |
| ) | **[WO]** |
| **OFFICER FITZPATRICK,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions and orders of the court, it is **ORDERED and ADJUDGED that the recommendation of the United States Magistrate Judge (Doc. 42) is adopted and this action is dismissed without prejudice. Costs are taxed against plaintiff.**

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE, this the 20th day of October, 2009.**

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**